IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DIAMOND ARNOLD-JOHNSON**                                                      **PLAINTIFF**

**v.**                           **CASE NO. 4:24-CV-00582-BSM**

**JAMES MORRIS,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE